# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Contrack International, Inc. | ) ASBCA Nos. 59639, 59677 |
| | ) |
| Under Contract No. W912ER-11-D-0009 | ) |

APPEARANCES FOR THE APPELLANT:  Sara Beiro Farabow, Esq.
  Daniel P. Wierzba, Esq.
   Seyfarth Shaw LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
  James D. Stephens, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Middle East
   Winchester, VA

## ORDER OF DISMISSAL

The parties have filed a joint stipulation to dismiss these appeals with prejudice, representing that they have "entered into a settlement agreement resolving, to their mutual satisfaction, all matters involved."

Accordingly, these appeals are hereby dismissed with prejudice.

Dated:  25 September 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59639, 59677, Appeals of Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
